844

No. 81–6735.   BATTLE *v.* SUTTON.   C. A. 4th Cir.   Certiorari denied.

No. 81–6736.   DONNELL *v.* GENERAL MOTORS CORP. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 81–6739.   MADON *v.* LONG ISLAND UNIVERSITY ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 81–6740.   HOLLAND *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–6742.   DEMPS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir. Certiorari denied.

No. 81–6744.   WILSON *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6745.   WALTON *v.* JAGO.   C. A. 6th Cir.   Certiorari denied.

No. 81–6747.   THOMAS *v.* ARKANSAS.   Sup. Ct. Ark. Certiorari denied.

No. 81–6751.   LYNN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 81–6753.   MUNGO *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 81–6758.   CRUZ *v.* HAMMOCK, CHAIRMAN OF THE NEW YORK STATE DEPARTMENT OF PAROLE.   C. A. 2d Cir. Certiorari denied.

No. 81–6759.   SMITH *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–6761.   HUTCHISON *v.* OHIO.   Ct. App. Ohio, Montgomery County.   Certiorari denied.